Johnny A. NECESSARY,
Plaintiff–Appellant,

v.

Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Defendant–Appellee.

No. 05–20311

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 19, 2006.

Johnny A. Necessary, Texas Department of Criminal Justice Institutional Division, Huntsville, TX, pro se.

Katherine Claire Raney, Office of the Attorney General for the State of Texas, Austin, TX, for Defendant–Appellee.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Johnny A. Necessary, Texas prisoner # 690032, was convicted of robbery and

---

sentenced to 60 years of imprisonment. Necessary appeals the district court's order redesignating his 28 U.S.C. § 2241 petition as a 42 U.S.C. § 1983 complaint. "This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). Because the district court's order did not dispose of any of Necessary's claims, it was not a final judgment under 28 U.S.C. § 1291. It also was not an interlocutory order specified in 28 U.S.C. § 1292(a), was not certified by the district court as immediately appealable under FED.R.CIV.P. 54, and did not meet the collateral order doctrine. Accordingly, this court does not have jurisdiction over Necessary's appeal. *See Acoustic Sys., Inc. v. Wenger Corp.*, 207 F.3d 287, 290 (5th Cir.2000); *Dardar v. Lafourche Realty Co.*, 849 F.2d 955, 957 (5th Cir.1988); *Thompson v. Betts*, 754 F.2d 1243, 1245 (5th Cir.1985). Necessary's appeal is DISMISSED. Necessary's motion to compel production of documents is also DENIED AS MOOT.